IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lee Widdel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 1:20-cv-034 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The final pretrial conference scheduled for April 18, 2023, shall be rescheduled for October 17, 2023, at 9:00 AM by telephone.  To participate in the conference, the parties should call (877) 810-914 and enter access code 8992581..  The jury trial scheduled for May 1, 2023, shall be rescheduled for October 30, 2023, at 9:30 AM in Bismarck before Judge Traynor.  A five (5) day trial is anticipated.

Dated this 28th day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court