# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lee Widdel, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | Case No.: 1:20-cv-034 |
| Continental Resources, Inc., ) | |
| ) | |
| Defendant. ) | |

The *Final Pretrial Conference* has been continued to October 20, 2023 at 9:00 a.m. by telephone. Each party must email their witness and exhibit lists to chambers via e-mail to NDD_J-Hochhalter@ndd.uscourts.gov no later than two (2) days before the Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court