IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lee Widdel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | Case No.: 1:20-cv-034 |
| Continental Resources, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The Final Pretrial Conference scheduled for October 20, 2023, shall be rescheduled for October 23, 2023, at 11:00 AM CDT by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992851. The parties shall e-mail the following documents to ndd_J-Hochhalter@ndd.uscourts.gov no later than October 20, 2023: (1) Exhibit List for each party, (2) Witness List for each party, and (3) Expert Reports.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court